IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE JOHN RICHARD EVERS,

    Petitioner,

v.

JANET NAPOLITANO, et al.,

    Respondents.

No. C 09-03464 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On July 28, 2009, Petitioner George John Richard Evers ("Petitioner") filed a petition for writ of habeas corpus and an *ex parte* application for a temporary restraining order ("TRO") against Defendants. According to the proofs of service filed by Petitioner, Petitioner served copies of his habeas petition, *ex parte* application and supporting papers by regular mail. Petitioner is HEREBY ORDERED to serve Respondents with copies of his habeas petition, *ex parte* application, supporting papers and of this Order either personally or by facsimile by no later than 4:00 p.m. this afternoon, July 28, 2009. Petitioner shall file a proof of service by no later than July 29, 2009.

The Court FURTHER ORDERS that Respondents shall file and serve an opposition to Petitioner's application by no later than 3:00 p.m on July 30, 2009. In particular, Respondents shall address in their opposition whether Petitioner has met his burden to demonstrate that this Court has jurisdiction over this matter and has made an adequate showing of immediate irreparable harm necessitating the issuance of a TRO. Respondents may serve Petitioner via facsimile. Respondents shall deliver directly to chambers a copy of their opposition papers by

no later than 3:30 p.m. on July 30, 2009. Petitioner may file and serve a reply by no later than 10:00 a.m. on August 3, 2009. Petitioner shall deliver directly to chambers a copy of his reply papers, if any, by no later than 10:30 a.m. on August 3, 2009. Petitioner may serve Respondents via facsimile. Upon reviewing the opposition and reply papers, if any, the Court will determine whether it is necessary to conduct a hearing on Petitioner's application.

**IT IS SO ORDERED.**

Dated: July 28, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2