**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE J.R. EVERS,

    Petitioner,

v.

JANET NAPOLITANO, et al.,

    Respondents.

No. C 09-03464 JSW

**JUDGMENT**

Pursuant to the Court's Order denying the Petition for a Writ of Habeas Corpus, issued this date, JUDGMENT IS HEREBY ENTERED in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 8, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE